PFE/KMP August 2022
GJ#21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER DESEAN BRIGGINS BRAZZELL | ) |

## <u>INDICTMENT</u>

<u>COUNT ONE</u>:  [18 U.S.C. § 922(a)(6)]

The Grand Jury charges that:

On or about the 31st day of January 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESEAN BRIGGINS BRAZZELL**,

in connection with the acquisition of a firearm, specifically, a **Palmetto State Armory 5.56 caliber rifle**, from Guns & Ammo, LLC, doing business as Guns & Ammo, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Guns & Ammo, LLC, which statement was intended likely to deceive an employee of Guns & Ammo, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18 of the United States Code, in that the defendant falsely represented that he was the actual purchaser of the

firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, when, in fact, as he then knew, he was not the actual purchaser of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                KRISTY M. PEOPLES
                                                Assistant United States Attorney